UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LIOU, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>YOUR SIGNATURE SUPPLEMENTS, LLC,<br><br>         Defendant. | Case No.: 24-cv-102-RSH-VET<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>[ECF No. 4] |

  On January 16, 2024, Plaintiff filed the initiating Complaint in this action. ECF No. 1. Plaintiff filed a proof of service attesting that a process server had served the Complaint and summons on January 24, 2024. ECF No. 3. Defendant has not yet appeared in this action and Plaintiff now moves this Court for an entry of default judgment. ECF No. 4.

  Pursuant to Federal Rule of Civil Procedure 55, default may be entered against a party against whom a judgment for affirmative relief is sought who fails to timely plead or otherwise defend against the action after proper service has been effectuated. *See* Fed. R. Civ. P. 55(a). California law sets out specific requirements for serving corporate entities. *See* Cal. Civ. Proc. Code §§ 416.10-416.40. Plaintiff's proof of service does not indicate

the identity of the individual served and whether this individual was designated by law to accept service on behalf of Defendant. Further, Plaintiff's Complaint notes that Defendant is a limited liability company incorporated in Florida, ECF No. 1 ¶ 12, but Plaintiff's motion for default judgment does not identify how Plaintiff has complied with the applicable requirements for serving process. ECF No. 4.

Due to these deficiencies, Plaintiff's application for default judgment is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: February 26, 2024

Hon. Robert S. Huie
United States District Judge