UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LIOU, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>YOUR SIGNATURE SUPPLEMENTS, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 24-cv-102-RSH-VET<br><br>**ORDER TO SHOW CAUSE** |

　　　On January 16, 2024, Plaintiff filed the initiating Complaint in this action. ECF No. 1. On February 23, 2024, Plaintiff filed a motion for entry of default. ECF No. 4. The Court denied Plaintiff's motion without prejudice, explaining that Plaintiff's motion failed to show that proper service had been effectuated. ECF No. 5.

　　　Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The

1

Complaint was filed more than 90 days ago, but Plaintiff has failed to show that proper service has been effectuated.

Accordingly, the Court directs Plaintiff to file, no later than May 8, 2024, a brief showing cause why the action should not be dismissed, pursuant to Rule 4(m) for failure to effectuate timely service of process. In the event that on or before that date Plaintiff files a proof of service demonstrating that service was proper and timely made (within 90 days of filing the complaint), or Plaintiff voluntarily dismisses the action, he does not need to respond to this Order.

**IT IS SO ORDERED.**

Dated: April 24, 2024

*Robert S Huie*
_____
Hon. Robert S. Huie
United States District Judge