

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Glenn Liou, on behalf of himself and all others similarly situated

                       **Plaintiff,**

                      V.

Your Signature Supplements, LLC

                      **Defendant.**

Civil Action No. 24-cv-0102-RSH-VET

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is in favor of Plaintiff in the amount of $14.99. The case is hereby closed.

Date: 2/24/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ S. Nyamanjiva

S. Nyamanjiva, Deputy