

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glenn Liou, on behalf of himself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Your Signature Supplements, LLC<br><br>**Defendant.** | Civil Action No.   24-cv-0102-RSH-VET<br><br>**AMENDED CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is in favor of Plaintiff in the amount of $14.99. The Court also Grants Plaintiff's request for permanent judgment issued at Document Number 19. The case is hereby closed.

| | |
|---|---|
| **Date:**   2/24/25 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br><br>By:  s/ S. Nyamanjiva<br><br>S. Nyamanjiva, Deputy |